**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6184**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SAMUEL DEWITT MCCOTTER,

Defendant - Appellant.

---

**No. 96-6383**

---

SAMUEL DEWITT MCCOTTER,

Petitioner - Appellant,

versus

WILLIE SCOTT,

Respondent - Appellee.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CR-90-27, CA-95-104-BO, CA-95-953-BO)

---

Submitted: August 20, 1996     Decided: September 10, 1996

---

Before MURNAGHAN and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Samuel DeWitt McCotter, Appellant Pro Se. Fenita Talore Morris, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) and 28 U.S.C. § 2241 (1988) motions. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. McCotter, Nos. CR-90-27; CA-95-104-BO; McCotter v. Scott, No. CA-95-953-BO (E.D.N.C. Dec. 8, 1995; Feb. 12, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED